1  Audra M. Mori (State Bar No. 162850)
   Katherine M. Dugdale (State Bar No. 168014)
2  Jennifer N. Chiarelli (State Bar No. 212253)
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, California 90404
   Telephone:  (310) 788-9900; Facsimile:  (310) 788-3399
5  Amori@perkinscoie.com; Kdugdale@perkinscoie.com; Jchiarelli@perkinscoie.com

6  John H. Jamnback (admitted *pro hac vice*)
   Jeremy E. Roller (admitted *pro hac vice*)
7  YARMUTH WILSDON CALFO PLLC
   925 Fourth Avenue, Suite 2500
8  Seattle, Washington  98104
   Telephone:  (206) 516-3800; Facsimile:  (206) 516-3888
9  jjamnback@yarmuth.com; jroller@yarmuth.com

10  Attorneys for Plaintiff
    MICROSOFT CORPORATION

11

12                   **UNITED STATES DISTRICT COURT**

13                   **CENTRAL DISTRICT OF CALIFORNIA**

14

JS-6

| | |
|---|---|
| 15  MICROSOFT CORPORATION, a Washington corporation, | Case No. SACV 08-0498 DOC (ANx) |
| 16       Plaintiff, | |
| 17  v. | **PERMANENT INJUNCTION AGAINST HOA THAO VU TRAN, d/b/a CDX SOFTWARE, CDXSOFTWARE.COM, HTTFISH, and HTTFISH42; and** |
| 18  HOA THAO VU TRAN, a/k/a HOAT TRAN; d/b/a CDX SOFTWARE, CDXSOFTWARE.COM, HTTFISH and HTTFISH42; and JOHN DOES 1-5, | |
| 19 | |
| 20       Defendants. | **ORDER OF DISMISSAL** |
| 21 | |
| 22 | *Stipulation filed concurrently herewith* |

23      THIS MATTER came before the Court upon the Stipulation of Plaintiff

24  Microsoft Corporation's ("Microsoft") and defendant Hoa Thao Vu Tran, d/b/a CDX

25  Software, CDXsoftware.com, HTTFISH, and HTTFISH42 ("Tran") for the entry of a

26  Permanent Injunction and Order of Dismissal.  Having considered the Stipulation, and

27  having reviewed the files and records herein; the Court enters the following ORDER:

28

41826-5023/LEGAL14415973.1                                1

**PERMANENT INJUNCTION**

1.       Defendant Hoa Thao Vu Tran, doing business as CDX Software, CDXsoftware.com, HTTFISH, and HTTFISH42, and his agents, servants, employees, representatives, successors and assigns, and all those persons acting at his direction or control, are hereby **PERMANENTLY ENJOINED** and restrained from engaging in the following acts or practices:

(a)       imitating, copying, or making any other infringing use or infringing distribution of the software and/or materials now or hereafter protected by the following copyright Certificate Registration Nos.:

(1)       TX 5-407-055 ("Windows XP");

(2)       TX 5-811-026 ("Windows 2003 Server"); and

(3)       Other items or works protected by Microsoft registered copyrights;

(b)       importing (to the United States), offering to the public, providing and trafficking in counterfeit and/or unauthorized Product Keys, knowing or having reason to know that such Product Keys (a) are primarily designed or produced for the purpose of circumventing technological measures that effectively control access to copyrighted Microsoft software, (b) have only limited commercially significant purpose or use other than to circumvent technological measures that effectively control access to copyrighted Microsoft software, or (c) are marketed by Defendant and persons acting in concert with Defendant for use in circumventing technological measures that effectively control access to copyrighted Microsoft software;

(c)       using any false or misleading representation that can or is likely to lead the trade or public erroneously to believe that any software program, component, or item has been manufactured, assembled, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted,

41826-5023/LEGAL14415973.1                                2

1    displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such

2    is not true in fact;

3         (d)    using reproductions, counterfeits, copies or colorable imitations of

4    Microsoft's copyrighted and trademark protected software and other materials in the

5    distribution, offering for distribution, circulating, sale, offering for sale, advertising,

6    importing, promoting, or displaying of any merchandise not authorized or licensed by

7    Microsoft;

8         (e)    trafficking, distributing or intending to distribute any counterfeit or

9    illicit Microsoft Product Keys, Product Key Labels, or any Microsoft documentation or

10   packaging; and

11        (f)    assisting, aiding, or abetting any other person or business entity in

12   engaging in or performing any of the activities referred to in subparagraphs a through e

13   above.

## ORDER OF DISMISSAL

15        2.    The Court further Orders that Microsoft's claims in this action against

16   defendant Tran are dismissed, with prejudice and without attorneys' fees or costs.

17        3.    The United States District Court for the Central District of California shall

18   continue to have jurisdiction in this case to the extent necessary to enforce the

19   Permanent Injunction and other agreed orders, and the Settlement Agreement and

20   Release entered into by Microsoft and Tran.

21        IT IS SO ORDERED.

22

23   Dated:  September 30, 2008    _____

24                                HON. DAVID O. CARTER
                                  United States District Court Judge
25

26

27

28

425.34 ii171503
41826-5023/LEGAL14415973.1                    3